NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARQUIS RIDDLE,                              )
                                             )
              Appellant,                     )
                                             )
v.                                           )      Case No. 2D18-2394
                                             )
STATE OF FLORIDA,                            )
                                             )
              Appellee.                      )
                                             )
_____     )

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Marquis Riddle, pro se.


PER CURIAM.


              Affirmed.


KELLY, KHOUZAM, and BLACK, JJ., Concur.